

**RIVKIN RADLER**
ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

**FRANK P. TISCIONE**
(516) 357-3315
frank.tiscione@rivkin.com

June 22, 2012

**By ECF**
Honorable Brian Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   **Government Employees Ins. Co., et al. v. Leslie D. Theodore, M.D., et al.**
           **Docket No. CV 12-02002 (BMC)**
           <u>**Our File No.: 005100-00180**</u>

Dear Judge Cogan:

As Your Honor is aware, we are counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiff's" or "GEICO") in this matter.

I write to advise the Court that Plaintiffs have reached a settlement of their claims against Defendants, Leslie D. Theodore, M.D., LDT Medical, P.C., TDL Medical, P.C., TD Advanced Medical, P.C., Dependable Medical Arts, P.C., Heal Me Medical, P.C., Gregory Shapiro, and QV Billing and Collection, Inc. To implement the settlement, Mr. Pinczewski and our firm have executed a stipulation (with the consent of our respective clients) consenting to the entry of an Order and Permanent Injunction. Accompanying this letter are the following documents:

(i)    June 22, 2012 Stipulation consenting to the entry of an order and permanent injunction (attached as Exhibit "1"); and

(ii)   Proposed Order and Permanent Injunction (attached as Exhibit "2").

We would respectfully request that the Court So-order the Order and Permanent Injunction.

The Court's attention to this request is greatly appreciated.

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000
F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555
F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460
F 201.489.0495



Honorable Brian Cogan
June 22, 2012
Page 2

                                    Respectfully Submitted,

                                    RIVKIN RADLER LLP

                                    */s/ Frank P. Tiscione*

                                    Frank P. Tiscione (FT 5396)

cc:    All counsel via ECF