

ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

FRANK P. TISCIONE
(516) 357-3315
frank.tiscione@rivkin.com

July 13, 2012

**By ECF**
Honorable Brian Cogan
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  **Government Employees Ins. Co., et al. v. Leslie D. Theodore, M.D., et al.**
          **Docket No. CV 12-02002 (BMC)**
          **Our File No.: 005100-00180**

Dear Judge Cogan:

As Your Honor is aware, we are counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiff's" or "GEICO") in this matter.

In light of the June 29, 2012 telephone conference, we are submitting to the court for approval a Proposed Order and Permanent Injunction.

We would respectfully request that the Court So-order the Order and Permanent Injunction.

The Court's attention to this request is greatly appreciated.

                                  Respectfully Submitted,

                                  RIVKIN RADLER LLP

                                /s/ *Frank P. Tiscione*

                                Frank P. Tiscione (FT 5396)

cc:    All counsel via ECF

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000
F 516.357.3333

555 Madison Avenue
New York, NY 10022-3338
T 212.455.9555
F 212.687.9044

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460
F 201.489.0495